UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-24506-DIMITROULEAS

CITY OF MIAMI, a Florida municipal corporation,

    Plaintiff,

        v.

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; and COUNTRYWIDE BANK, FSB,

    Defendants.

## DEFENDANTS' AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Bank of America Corporation, Bank of America, N.A., Countrywide Financial Corporation, Countrywide Home Loans, and Countrywide Bank, FSB hereby file this amended corporate disclosure statement, and discloses the following:

Bank of America, N.A. ("BANA") is wholly owned by BANA Holding Corporation ("BANA Holding"). BANA Holding is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings"). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange (NYSE: BAC) and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131 (NYSE: BRK.A and BRK.B), beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Countrywide Financial Corporation is also a wholly-owned subsidiary of the publicly-traded Bank of America Corporation.

Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation.

Countrywide Bank, FSB is an entity that no longer exists, having been merged into BANA as of April 27, 2009.

Respectfully submitted,

Date: August 9, 2019

/s/ *Christopher S. Carver*
Christopher S. Carver, Esq.
Florida Bar No. 987263
christopher.carver@akerman.com
William P. Heller, Esq.
Florida Bar No. 993580
william.heller@akerman.com
Michael B. Chavies, Esq.
Florida Bar No. 191254
michael.chavies@akerman.com
AKERMAN LLP
98 S.E. Seventh Street – Suite 1100
Three Brickell City Centre
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095

Thomas M. Hefferon, Esq.
*thefferon@goodwinprocter.com*
James W. McGarry, Esq.
*jmcgarry@goodwinprocter.com*
Matthew S. Sheldon, Esq.
*msheldon@goodwinprocter.com*
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: 202-346-4000
Fax: 202-346-4444

*Counsel for Defendants*