UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-cv-24506-WPD

CITY OF MIAMI, a Florida municipal corporation,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION, *et al.*,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, the City of Miami, files this **unopposed** motion seeking an order from the Court voluntarily dismissing this lawsuit with prejudice, with each party to bear its own costs and expenses, including, without limitation, attorneys' fees. Counsel for Plaintiff has conferred with counsel for Defendants, and is authorized to state that Defendants consent to Plaintiff's request.

A proposed order granting this motion is appended hereto as **Exhibit A**.

Date: January 29, 2020

                                  Respectfully submitted,

                                  */s/ D. Porpoise Evans*
                                  D. Porpoise Evans
                                  *pevans@pbyalaw.com*
                                  PERLMAN, BAJANDAS, YEVOLI &
                                  ALBRIGHT, P.L.
                                  283 Catalonia Avenue, Suite 200
                                  Coral Gables, FL 33134
                                  Telephone: (305) 377-0086

                                  Robert Peck (*pro hac vice*)
                                  *robert.peck@cclfirm.com*
                                  CENTER FOR CONSTITUTIONAL
                                  LITIGATION, P.C.
                                  455 Massachusetts Avenue, NW, Suite 152
                                  Washington, DC 20001

Telephone: (202) 944-2874

Victoria Méndez (Florida Bar No. 194931)
*vmendez@miamigov.com*
CITY OF MIAMI
OFFICE OF THE CITY ATTORNEY
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130
Telephone: (305) 416-1800

Erwin Chemerinsky (*pro hac vice*)
*echemerinsky@law.berkeley.edu*
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
11543 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 396-0731

Joel Liberson (*pro hac vice*)
*joel@taresources.com*
Howard Liberson (*pro hac vice*)
*howard@taresources.com*
TRIAL & APPELLATE RESOURCES, P.C.
3655 Torrance Blvd., 3rd Fl.
Torrance, CA 90503
Telephone: (310) 426-2361

Rachel Geman (*pro hac vice*)
*rgeman@lchb.com*
Daniel Seltz (*pro hac vice*)
*dseltz@lchb.com*
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

Sherrie R. Savett (*pro hac vice*)
*ssavett@bm.net*
Sarah Schalman-Bergen (*pro hac vice*)
*SSchalman-Bergen@bm.net*
Patrick Madden (*pro hac vice*)
*pmadden@bm.net*
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were served on January 29, 2020 via CM/ECF on all counsel or parties of record.

>/s/ *D. Porpoise Evans*
>D. Porpoise Evans